MARY HALLENBECK, Respondent, *v.* HENRIETTA GRIFFITH, Appellant, Impleaded with Others.

(Argued October 23, 1931; decided November 18, 1931.)

*George H. Witbeck* for appellant.
*Thomas F. McDermott* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.